IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-00574-CYC

GILBERTO QUIROZ ZACARIAS,

    Petitioner,

v.

KRISTI NOEM, Secretary of the United States Department of Homeland Security, in her official capacity;
TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, in his official capacity;
ROBERT GUARDIAN, Field Office Director for ICE's Enforcement and Removal Operation's ("ERO") Field Office, in his official capacity;
SIRCE OWEN, Acting Director of Executive Office for Immigration Review, in her official capacity; and
JUAN BALTASAR, Warden of the Denver Contract Detention Facility, in his official capacity,

    Respondents.

---

## ORDER TO SHOW CAUSE
---

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), ECF No. 1, filed by Petitioner Gilberto Quiroz Zacarias ("Petitioner"). The Petitioner is currently detained at the Denver Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the Respondents. *Id*. at 1 and ¶ 2, 10, 25. He seeks (1) a Court order instructing the Respondents to release him or provide him a bond hearing, (2) an order prohibiting the Respondents from transferring him out of this District while this action proceeds, and (3) an award of fees and costs. *Id*. at 12.

Upon review of the Petition, it is hereby ORDERED that, **on or before February 19, 2026**, the Petitioner shall serve the Respondents with the Petition and this Order to Show Cause. Within **48 hours** of serving the Respondents, the Petitioner shall file proof of service

1

on the docket, and counsel for the Respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before March 2, 2026**, the Respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before March 9, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 3, is **March 2, 2026**.

Pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, it is further ORDERED that the Respondents **SHALL NOT REMOVE** the Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, No. 25-cv-00881-NYW, ECF No. 11 at 4–5 (D. Colo. Mar. 21, 2025) (collecting cases); *Leyva Ramirez v. Baltazar*, No. 26-cv-00199-NYW, ECF No. 16 at 1–2 (D. Colo. Jan. 21, 2026).

Entered and dated this 17th day of February, 2026, at Denver, Colorado.

BY THE COURT:

_____
Cyrus Y. Chung
United States Magistrate Judge