IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 26-cv-0574-WJM

GILBERTO QUIROZ ZACARIAS,

    Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*.

    Respondents.

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is Petitioner Gilberto Quiroz Zacarias's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1).

Upon review of the Petition, the Court ORDERS Respondents Kristi Noem, Secretary of the United States Department of Homeland Security, in her official capacity; Todd Lyons, Acting Director U.S. Immigration and Customs Enforcement, in his official capacity; Robert Guardian, Field Office Director for ICE's Enforcement and Removal Operation's Field Office, in his official capacity; Sirce Owen, Acting Director of Executive Office for Immigration Review, in her official capacity; and Juan Baltasar, Warden of the Denver Contract Detention Facility, in his official capacity, to Show Cause why the Petition should not be granted, by no later than **March 9, 2026**. Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

Dated this 4th day of March, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge